■ In the Matter of DAVID ROYE, Petitioner, v ANTHONY J. ANNUCCI, as Acting Commissioner of Corrections and Community Supervision, Respondent. [25 NYS3d 916]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in St. Lawrence County) to review a determination of the Superintendent of Gouverneur

---

Correctional Facility finding petitioner guilty of violating a prison disciplinary rule.

Petitioner commenced this CPLR article 78 proceeding challenging a determination finding him guilty of stealing state property in violation of a prison disciplinary rule. The Attorney General has advised this Court that the determination has been administratively reversed, all references thereto have been expunged from petitioner's institutional record and the mandatory $5 surcharge has been ordered to be refunded to his inmate account. Given that petitioner has received all of the relief to which he is entitled, the petition is dismissed as moot (see Matter of Shields v Prack, 131 AD3d 774, 775 [2015]).

Peters, P.J., McCarthy, Garry and Lynch, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs.